UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES THOMPSON,

    Plaintiff,

  v.

MICHIGAN PAROLE BOARD and
ENID LIVINGSTON,

    Defendants.

_____/

CIVIL ACTION NO.  06-13430

HON. PAUL D. BORMAN

## ORDER AFFIRMING REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION TO DISMISS

The Court having reviewed the Magistrate Judge's Report and Recommendation as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court affirms the Magistrate Judge's Report and Recommendation.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss is **GRANTED** and the case **DISMISSED.**

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 22, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 22, 2006.

s/Denise Goodine
Case Manager